638

Riley EDWARDS v. STATE.
8 Div. 67.

Court of Appeals of Alabama.
March 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.

Richard ELLIS v. STATE.
4 Div. 90.

Court of Appeals of Alabama.
April 2, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

Henry L. EVANS v. STATE.
6 Div. 604.

Court of Appeals of Alabama.
Nov. 20, 1934.

PER CURIAM.
Appeal dismissed on motion of appellant.

Joe FARLEY v. STATE.
6 Div. 637.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.
Appeal dismissed.

John FARRELL v. CITY OF ANNISTON.
7 Div. 20.

Court of Appeals of Alabama.
Jan. 11, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

Charlie FARRELL v. STATE.
7 Div. 124.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

Richard FAUST v. STATE.
8 Div. III.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Affirmed.

I. D. FELDER v. G. C. COX, etc.
4 Div. 18.

Court of Appeals of Alabama.
March 26, 1935.

O. S. Lewis, of Dothan, for appellant.
W. L. Lee, of Dothan, for appellee.

RICE, Judge.
Affirmed.